DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BENFIELD

No. 288P84.

Case below: 67 N.C. App. 490.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 July 1984.

STATE v. BYNUM

No. 69P84.

Case below: 65 N.C. App. 813.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.

STATE v. COLEMAN

No. 331P84.

Case below: 65 N.C. App. 23.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 July 1984.

STATE v. CREASON

No. 254P84.

Case below: 67 N.C. App. 763.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 July 1984.

STATE v. GREENE

No. 649P82.

Case below: 59 N.C. App. 360.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 July 1984.